**STATE of Missouri, Respondent,**

v.

**Kenneth SISAK, Appellant.**

**No. ED 84028.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 16, 2004.

Ellen H. Flottman, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL JR., J., and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Kenneth Sisak appeals the judgment on his conviction of one count of possession of a controlled substance. Sisak claims that the trial court erred in overruling his counsel's objection to the state's peremptory strike of an African–American juror.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

Before PATRICIA L. COHEN, P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.